```
                           FILED
              CLERK, U.S.D.C. SOUTHERN DIVISION

                        JUL 3 1 2012

              CENTRAL DISTRICT OF CALIFORNIA
              BY                      DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> Lewis, David Andrew <br><br> Defendant. | Case No.: SACR 06-00070-CJC <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___CD CA___, for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.  ☒  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ___unconfirmed bail resources; alleged conduct in not complying with supervision conditions; backyrd info unverified___

1
2
3      and/or
4  B.  [X] The defendant has not met his/her burden of establishing by clear and
5      convincing evidence that he/she is not likely to pose a danger to the safety of any
6      other person or the community if released under 18 U.S.C. § 3142(b) or (c). This
7      finding is based on  nature of the alleged violations and
8      fact that images of young girls, some nude,
9      were found on his unauthorized electronic
10     device; previous admission of involvement in child/a prior molestation incident
11
12
13     IT THEREFORE IS ORDERED that the defendant be detained pending further
14  revocation proceedings.
15
16  DATED: 7/31/12
                                        _____
17                                      ROBERT N. BLOCK
                                        UNITED STATES MAGISTRATE JUDGE

Page 2 of 2